UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| MARK G. COWENS, : | Case No. 1:18-cv-251 |
| Plaintiff, : | |
| : | Judge Timothy S. Black |
| vs. : | |
| : | Magistrate Judge Karen L. Litkovitz |
| COMMISSIONER OF SOCIAL : | |
| SECURITY, : | |
| Defendant. : | |

DECISION AND ENTRY
ADOPTING THE REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE (Doc. 18)
AND TERMINATING THIS CASE IN THIS COURT

This case is before the Court pursuant to the Order of General Reference to United States Magistrate Judge Karen L. Litkovitz. Pursuant to such reference, the Magistrate Judge reviewed the pleadings filed with this Court and, on July 8, 2019, submitted a Report and Recommendation. (Doc. 18). No objections were filed.

As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all of the filings in this case. Upon consideration of the foregoing, the Court finds that the Report and Recommendation should be and is hereby adopted in its entirety. Accordingly:

1. The Report and Recommendation (Doc. 18) is **ADOPTED**;

2. The Commissioner's decision is **REVERSED** and **REMANDED** for further proceedings, pursuant to Sentence Four of 42 U.S.C. § 405(g); and

3. The Clerk shall enter judgment accordingly, whereupon this case is **TERMINATED** on the docket of this Court.

**IT IS SO ORDERED.**

Date: 8/21/2019                                            *s/ Timothy S. Black*
                                                          Timothy S. Black
                                                          United States District Judge